# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW ROBERT GEIGER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE LISA
M. BROWN, DISTRICT JUDGE,
Respondents,
  and
JENNIFER ELISE GORDON,
Real Party in Interest.

No. 74975

**FILED**

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court ruling that granted a motion in limine to exclude use of a report in this child custody matter.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). As petitioner has an adequate legal remedy available in the form of an appeal from the final custody modification determination, writ relief is precluded, *see* NRS 34.170; NRS 34.330; *Pan*, 120 Nev. at 224, 88 P.3d at 841, and, regardless, our review of this issue would be benefited by a complete, post-hearing record. *See Archon Corp. v. Eighth Judicial Dist. Court*, 133 Nev., Adv. Op. 101, 407

18-04625

P.3d 702, 709-10 (2017) (emphasizing the judicial economy and efficiency interests served by allowing review only upon a complete record). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Lisa M. Brown, District Judge, Family Court Division
Black & LoBello
Greenberg Traurig, LLP/Las Vegas
Eighth District Court Clerk